**Order issued December 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00268-CR
### No. 05-13-00269-CR

**CHRISTOPHER JAMES RYALS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-40687-U and F12-41706-U**

## ORDER
Before Justices O'Neill, Lang-Miers, and Brown

Based on the Court's opinion of December 19, 2014, we **GRANT** the March 26, 2014

motion for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the

Court to remove Deborah Ellison Farris as counsel of record for appellant. We **DIRECT** the

Clerk of the Court to send a copy of this order and all future correspondence to Christopher

James Ryals, No. 1840892, Tulia Unit, 4000 Highway 86 West, Tulia, Texas, 79088.

/Ada Brown/

ADA BROWN
JUSTICE